UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SARAH BANNISTER, LABARRON TATE,
BRANDON HOOD,

              Plaintiffs,                      20 **CIVIL** 4458 (MKV)

      -against-                         **JUDGMENT**

UNITED STATES TREASURY DEPARTMENT,
JANET YELLEN, in her official capacity as the
Secretary of the Treasury, MICHAEL J. HSU, in his
official capacity as the acting Comptroller of the
Currency,

              Defendants.

------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2021, the Defendants' Motion to Dismiss, [ECF No. 19] is GRANTED. Plaintiffs' First Amended Complaint, [ECF No. 5] is dismissed for lack of jurisdiction.

**Dated:**  New York, New York
           September 30, 2021

                                                          **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                                          **BY:**

                                                              **Deputy Clerk**